Dennis J. Nolan, Esq.
Luma al-Shabib, Esq.
Beth D. Simon, Esq.
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendants. | 12 MC 00115 (JSR)<br><br>Case No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING L. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA PRIME FUND LIMITED, and SENATOR FUND SPC,<br><br>Defendants. | PERTAINS TO THE FOLLOWING CASES:<br>11-CV-06524 (JSR)<br>11-CV-06541 (JSR)<br>11-CV-06677 (JSR)<br>12-CV-2162 (JSR)<br>12-CV-2239 (JSR)<br>12-CV-2431 (JSR)<br>12-CV-3401 (JSR) |

**ORDER GRANTING APPLICATION OF ANDERSON KILL P.C.**
**TO WITHDRAW AS COUNSEL TO DEFENDANTS ALPHA PRIME FUND, LTD. AND**
**SENATOR FUND SPC.**

4

nydocs1-1020223.1

Upon the application (the "<u>Application</u>") of Anderson Kill P.C. ("<u>AK</u>"),

counsel to Defendants Alpha Prime Fund, Ltd. and Senator Fund SpC for entry of an

order authorizing AK to withdraw as counsel; and due and proper notice of the

Application having been given; and it appearing that no other or further notice is

required; and upon consideration of the Application and all pleadings related thereto;

and no objection to the Application having been made, and sufficient cause having been

shown therefore; it is hereby:

ORDERED that the Application is GRANTED.

Dated:  New York, New York
       October _5_, 2013

                                          Honorable Jed S. Rakoff

5

Dennis J. Nolan, Esq.
Luma al-Shabib, Esq.
Beth D. Simon, Esq.
**ANDERSON KILL P.C.**
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendants. | 12-MC-00115 (JSR)<br><br>Case No. 08-1789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING L. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALPHA PRIME FUND LIMITED, and SENATOR FUND SPC,<br><br>Defendants. | PERTAINS TO THE FOLLOWING CASES:<br>11-CV-06524 (JSR)<br>11-CV-06541 (JSR)<br>11-CV-06677 (JSR)<br>12-CV-2162 (JSR)<br>12-CV-2239 (JSR)<br>12-CV-2431 (JSR)<br>12-CV-3401 (JSR) |

## NOTICE OF MOTION OF ANDERSON KILL P.C.
## TO WITHDRAW AS COUNSEL TO DEFENDANTS
## ALPHA PRIME FUND, LTD. AND SENATOR FUND SPC.

nydocs1-1020223.1

**PLEASE TAKE NOTICE**, that at a time and date to be determined by the Court, Anderson Kill P. C., will move before the Honorable Jed S. Rakoff, United States District Judge at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY to withdraw as counsel to Defendants Alpha Prime Fund, Ltd. and Senator Fund SpC (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Anderson Kill P.C. shall rely upon the accompanying Memorandum of Law, the Declaration of Dennis J. Nolan in support of the Motion, and the proposed order annexed hereto.

Dated:   New York, New York
         October 2, 2013

                         Respectfully submitted,

                         ANDERSON KILL P.C.

                         By: _____*Dennis J. Nolan*_____
                                 Dennis J. Nolan
                                 Luma al-Shabib
                                 Beth D. Simon
                         1251 Avenue of the Americas
                         New York, New York  10020
                         (212) 278-1000
                         (212) 278-1733 (Fax)

nydocs1-1020223.1

# EXHIBIT A

3